NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

ANDRA MANUEL

v.

THOMAS L. CARROLL

DISTRICT COURT DOCKET NUMBER: 04-825-SLR

DISTRICT COURT JUDGE: Sue L. Robinson

Notice is hereby given that __Andra Manuel__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) __From The Denial of his 28 U.S.C. § 2254 Habeas corpus Petition__

entered in this action on __8-9-05__
(date)

DATED: __8-25-05__

__Andra Manuel - Pro-se__
(Counsel for Appellant-Signature)

__Andra Manuel - Pro-se__
(Name of Counsel - Typed)

__Delaware Correctional Center__
(Address)

__1181 Paddock Road__
__Smyrna Delaware 19977__
(Telephone Number)

FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__Gregory E. Smith__
(Counsel for Appellee)

__Department of Justice__
(Address)

__820 North French Street__
__Wilmington Delaware__
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IM Andra Manuel
SBI# 324348   UNIT 22-A-L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Peter T. Dalleo
United States District Court
844 King St. - Lock Box 18
Wilmington, Delaware
19801