**Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis**

United States District Court for the _District_ of _Delaware_

v.

D.C. Case No. _04·825·SLR_

Third Cir. No. _____

---

**Affidavit In Support of Motion**

I swear or affirm under penalty of perjury that,
because of my poverty, I cannot prepay the
docket fees of my appeal or post a bond for
them. I believe I am entitled to redress. I sear or
affirm under penalty of perjury that my answers
on this form are true and correct. (28 U.S.C. §
1746, 18 U.S.C. § 1621)

Signed: _____

**Instructions**

Complete all questions on this application and
then sign it. Do not leave any blanks. If the
answer to a question is "0," "none," or "not
applicable (N/A)," write in that response. If you
need more space to answer a question or to
explain your answer, attach a separate piece of
paper identified with your name, your case's
docket number, and the question number.

Date: _8-25-05_

---

My issues on Appeal are:

(See Attached Memorandum)

FILED

AUG 3 0 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.  Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ N/A | $ N/A |
| Self-Employment | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A |
| Interest and Dividends | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A |
| Child Support | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A |
| Public Assistance (such as welfare) | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A |
| Total monthly income | $ 0 | $ 0 |

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|



3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|



4. How much cash do you and your spouse have? $_____

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
|  |  | $_____ | $_____ |
|  |  | $_____ | $_____ |
|  |  | $_____ | $_____ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

3

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home                (Value)       Other real estate       Motor Vehicle # 1
                                  (Value)                 (Value)

_N/A_                             _____      Make & year: _____

                                  _____      Model: _____

                                                           Registration # : _____


Motor Vehicle # 2                 Other assets    (Value)  Other assets    (Value)
(Value)

Make & year: _N/A_                _____      _____

Model: _____             _____      _____

Registration # : _____


6. State every person, business or organization owing you or your spouse money, and the amount owed.

Person owing you or your          Amount owed to you       Amount owed to your spouse
spouse money

_N/A_                             _____       _____

                                  _____       _____


7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Shea Manuel | my little Girl | 7 |
| TulShay Hardy | my little Girl | 11 |
| Michal Tucker | my Son | 12 |

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) Are real estate taxed included? • yes • no Is property insurance included? • yes • no | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
| Homeowners or renters | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments)(specify): _____ | $ | $ |

11. Have you paid _____ Or will you be paying _____ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

• Yes    • (No)    If yes, how much? $ _____

If yes state the person's name, address and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

At the time I'm currently incarcerated. I do have a job that pays me $9.60 every first of the mounth.

13. State the address of your legal residence.

1181 Paddock Rd

Smyrna De. 19977

Your daytime telephone number: (__) N/A

Your age: 29    Your years of Schooling: Have a GED.

Your social security number: 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

Rev: 3-23-99

7