TO: Clerk

RE: Manuel v. Carroll

Subj: 6 month account statement

Date: 8-25-05

04-825 (SLR)

Dear Clerk

I will forward my 6 month statement to the court upon obtaining it from the D.O.C. Business Office.

Respectfully yours,

[signature]

Date: 8-25-05


FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE