IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

*Andra Manuel*
Appellant

v.

*Thomas L. Carroll / Warden*
Appellee

No. 04-825(SLR)

FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the Appellant, *Andra Manuel*, pro se, and moves this Honorable Court for the Appointment of Counsel, to represent Appellant.

In support of this Motion Appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where Appellant is held limits the days and times that Appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, Appellant prays this Honorable Court appoint counsel to represent the Appellant.

DATE: 8-25-05

*[signature]*
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977