To: Peter T. Dalleo, Clerk
Re: Manuel v. Carroll
Subj: 6 month account statement
Date: 9-2-05

Dear Peter Dalleo,                                04-825 (SLR)

    I have just received my 6 month statement from the D.O.C. Business Office and have forwarded a copy to you.

FILED
SEP - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully yours,

[signature]