# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

04-825 (SLR)

TO: _Andra Manvel_  SBI#: _324348_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _August 30, 2005_

FILED
SEP - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Attached are copies of your inmate account statement for the months of* _February 1, 2005_ to _July 31, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 55.20 |
| March | 54.17 |
| April | 21.02 |
| May | 45.90 |
| June | 10.02 |
| July | 2.61 |

Average daily balances/6 months: _31.27_

Attachments
CC: File

Stacy Shane
8/30/05

Notary public
8/31/05

# Individual Statement

## For Month of February 2005

Date Printed: 8/30/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $53.09 | |
|---|---|---|---|---|---|---|---|
| 00324348 | Manuel | Andra | | | | | |
| Current Location: | 22 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 2/1/2005 | $29.76 | $0.00 | $0.00 | $82.85 | 62604 | | | |
| Canteen | 2/2/2005 | ($15.09) | $0.00 | $0.00 | $67.76 | 64006 | | | |
| Canteen | 2/9/2005 | ($14.60) | $0.00 | $0.00 | $53.16 | 66757 | | | |
| Canteen | 2/16/2005 | ($14.54) | $0.00 | $0.00 | $38.62 | 69892 | | | |
| Mail | 2/17/2005 | $30.00 | $0.00 | $0.00 | $68.62 | 70117 | 45989238361 | FS 12/24-01/23/05 | M MANUEL |
| Pay-To | 2/17/2005 | ($9.20) | $0.00 | $0.00 | $59.42 | 70720 | | SUNDAY BREAKFAS | |
| Pay-To | 2/18/2005 | ($1.52) | $0.00 | $0.00 | $57.90 | 71106 | | DST/POSTAGE | |
| Canteen | 2/23/2005 | ($19.75) | $0.00 | $0.00 | $38.15 | 72869 | | | |

Ending Mth Balance: $38.15

# Individual Statement

Date Printed: 8/30/2005                                                                 Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $38.15 |
|---|---|---|---|---|---|---|
| 00324348 | Manuel | Andra | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 3/1/2005 | $23.76 | $0.00 | $0.00 | $61.91 | 74597 | | FS 1/24-2/23 | |
| Canteen | 3/2/2005 | ($19.73) | $0.00 | $0.00 | $42.18 | 76073 | | | |
| Medical | 3/4/2005 | $0.00 | ($2.00) | $0.00 | $42.18 | 77302 | | 2/24/05 | |
| Medical | 3/6/2005 | ($2.00) | $0.00 | $0.00 | $40.18 | 77401 | | 2/24/05 | |
| Mail | 3/7/2005 | $40.00 | $0.00 | $0.00 | $80.18 | 77958 | 45961317303 | | C BAILEY |
| Canteen | 3/9/2005 | ($12.98) | $0.00 | $0.00 | $67.20 | 79013 | | | |
| Canteen | 3/16/2005 | ($9.98) | $0.00 | $0.00 | $57.22 | 81902 | | | |
| Canteen | 3/23/2005 | ($12.26) | $0.00 | $0.00 | $44.96 | 84187 | | | |
| Canteen | 3/30/2005 | ($13.70) | $0.00 | $0.00 | $31.26 | 87152 | | | |

Ending Mth Balance: $31.26

# Individual Statement

Date Printed: 8/30/2005  
Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $31.26 |
|---|---|---|---|---|---|---|
| 00324348 | Manuel | Andra | | | | |

Current Location: 22   Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 4/1/2005 | $17.52 | $0.00 | $0.00 | $48.78 | 88645 | | | |
| Pay-To | 4/1/2005 | ($6.30) | $0.00 | $0.00 | $42.48 | 88761 | | F S 2/24-3/23 | |
| Canteen | 4/6/2005 | ($9.56) | $0.00 | $0.00 | $32.92 | 90653 | | DST/POSTAGE | |
| Canteen | 4/14/2005 | ($10.19) | $0.00 | $0.00 | $22.73 | 94159 | | | |
| Pay-To | 4/15/2005 | ($6.00) | $0.00 | $0.00 | $16.73 | 95230 | | PROJECT AWARE | |
| Canteen | 4/20/2005 | ($9.83) | $0.00 | $0.00 | $6.90 | 96742 | | | |
| Canteen | 4/27/2005 | ($6.88) | $0.00 | $0.00 | $0.02 | 98722 | | | |

Ending Mth Balance: $0.02

# Individual Statement

Date Printed: 8/30/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00324348 | Manuel | Andra | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/2/2005 | $0.96 | $0.00 | $0.00 | $0.98 | 100635 | | | |
| Mail | 5/3/2005 | $80.00 | $0.00 | $0.00 | $80.98 | 101315 | 4598924336 | FS 3/24-4/23 | M MANUEL |
| Canteen | 5/11/2005 | ($18.91) | $0.00 | $0.00 | $62.07 | 105696 | | | |
| Pay-To | 5/13/2005 | ($20.00) | $0.00 | $0.00 | $42.07 | 106859 | | PROJECT AWARE | |
| Canteen | 5/18/2005 | ($7.22) | $0.00 | $0.00 | $34.85 | 108655 | | | |
| Canteen | 5/25/2005 | ($6.92) | $0.00 | $0.00 | $27.93 | 111091 | | | |

Ending Mth Balance: $27.93

# Individual Statement

Date Printed: 8/30/2005

## For Month of June 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $27.93 |
|---|---|---|---|---|---|---|
| 00324348 | Manuel | Andra | | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($7.42) | $0.00 | $0.00 | $20.51 | 114731 | | | |
| Canteen | 6/9/2005 | ($7.02) | $0.00 | $0.00 | $13.49 | 117834 | | | |
| Canteen | 6/15/2005 | ($6.60) | $0.00 | $0.00 | $6.89 | 120339 | | | |
| Canteen | 6/23/2005 | ($6.82) | $0.00 | $0.00 | $0.07 | 123465 | | | |

Ending Mth Balance: $0.07

# Individual Statement

Date Printed: 8/30/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.07 |
|---|---|---|---|---|---|---|
| 00324348 | Manuel | Andra | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 7/1/2005 | $6.24 | $0.00 | $0.00 | $6.31 | 126619 | | MHU 5/24-6/23 | |
| Canteen | 7/13/2005 | ($6.04) | $0.00 | $0.00 | $0.27 | 130984 | | | |

Ending Mth Balance: $0.27

I/M Andra' Manuel
SBI# 324348   UNIT 22-AL-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

Peter T Dalleo, Clerk
United States District Court
844 King St. - Lockbox 18
Wilmington, De.
19801

"Legal Mail"