**FPS-449**                                                        September 9, 2005
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 05-4071**

Manuel v. Carroll
(Del. N0. 04-cv-00825)

To:  Clerk

1)   Motion for Leave to Proceed In Forma Pauperis

_____
    The foregoing Motion is granted.  The appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.  The Court will also consider appellant's motion for appointment of counsel.

                                                                For the Court,

                                                                  /s/ Marcia M. Waldron
                                                                         Clerk

Dated: September 9, 2005
CRG/cc: Mr. Andra L. Manuel
        Gregory E. Smith, Esq.