UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware 19801

October 11, 2005

Marcia Waldron, Clerk
United States Court of Appeals
 For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Manuel v. Carroll et al
Civil Action No. 04-825
USCA No. 05-4071

Dear Ms. Waldron:

Enclosed please find:

\_\_\_\_ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. Transcript Purchase Order is filed and record is ready for appeal purposes.

<u>XXXXX</u> The Actual Records are being sent. Documents filed after February 28, 2005 will not be sent. They were electronicly filed. Please find them on cm/ecf.

\_\_\_\_ One certified copy of the docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

\_\_\_\_ The Actual _____ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

*E L Strickler*
Deputy Clerk

Enclosures                Sign here _____