APS-23                                                                         October 20, 2005
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-4071**

ANDRA L. MANUEL

      VS.

THOMAS L. CARROLL, ET AL.
        (D. Del. Civ. No. 04-cv-00825)

Present:    SLOVITER, MCKEE AND FISHER, <u>CIRCUIT JUDGES</u>

        Submitted are:

    (1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

    (2)    Appellant's motion for appointment of counsel

in the above-captioned case.

                        Respectfully,

                        Clerk

MMW/SXR/mc/crg

_____ORDER_____

        The foregoing request for a certificate of appealability is denied under 28 U.S.C. § 2253(c)(2). Because Appellant has failed to show that he was denied an opportunity for full and fair litigation of his Fourth Amendment claims in the state courts, his claims are not cognizable on federal habeas review. See <u>Stone v. Powell</u>, 428 U.S. 465, 494 (1976). In light of the disposition of Appellant's request for a certificate of appealability, the motion for appointment of counsel on appeal is denied.

                        By the Court,

                        /s/ Dolores K. Sloviter
                        Circuit Judge

Dated: November 9, 2005
CRG/cc: Andra L. Manuel
       Gregory E. Smith, Esq.

A True Copy

Marcia M. Waldron, Clerk