OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

<u>**Delaware**</u>   Clerk of District Court   Date __7/27/06__
(District)

<u>**In Re: Manuel v. Carroll**</u>   C.A. Nos. __05-4071__
(Caption)

<u>**Andra L. Manuel**</u>
(Appellant)

<u>**Civil No. 04-cv-00825**</u>
(D.C. No.)

Enclosures:

_____<u>11/09/05</u>_____ Certified copy of C. of A. Order by the Clerk
         (Date)

* __X__ Record **(Rec'd)**

* _____ Supplemental Record (**First**)

* _____ Exhibits

* _____ State Court Record

____X____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                    _Chanel R. Graham_    (267)-299-_4955_
                       Case Manager        Telephone Number

                 * _Keith Lombardo_ (267)-299-_____
                    Record Processor     Telephone Number

Receipt Acknowledge:
_E. Strickl_____
(Name)
_7/31/06_____
(Date)

7/28/2006

Rev. 4/3/03
Appeals (Record)

FILED 2006 JUL 31 PM 2:35 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE